Frank C. Krug, Appellant, v. Homer D. Bliss, Respondent.— Judgment affirmed, with costs. All concurred.

Estella Conklin, Respondent, v. Andrew Heffernan, Appellant.— Judgment and orders affirmed, with costs. All concurred.

John Beltz, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

Charles Schmitt and Others, Respondents, v. Anna M. Ferrier, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concurred.

George H. Richardson and Another, Respondents, v. Frank S. Swain, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frederick H. Holtz, Appellant, v. The City of Buffalo and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, without prejudice to an application for a new injunction in case any attempt is made before the trial of the action to award a contract under the same specifications. Held, that the mayor having vetoed the resolution awarding the contract to the Skinner Engine Company, it was within the discretion of the court at Special Term to vacate the temporary injunction. All concurred.

Charles H. Brown, Respondent, v. Protected Home Circle, Appellant.— Judgment and order affirmed, with costs. All concurred.

Orwell A. Brace, as Administrator, etc., Respondent, v. Bath and Hammondsport Railroad Company, Appellant.— Order affirmed, with costs. All concurred.

William S. Gotshall, Plaintiff, v. Pennsylvania Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.

Baron Steuben Co-Operative Fire Insurance Company, Respondent, v. Claude V. Stowell, Appellant.— Judgment affirmed, with costs. All concurred.

Baron Steuben Co-Operative Fire Insurance Company, Respondent, v. Claude V. Stowell and Another, Appellants. — Judgment affirmed, with costs. All concurred.

Security Trust Company of Rochester, as Executor, etc., Plaintiff, v. Bank of Niagara and Another, Defendants.— Action upon the submission dismissed, without costs, for want of jurisdiction. Held, the submission does not contain an agreed statement of facts, as contrary inferences may be drawn from the facts stated therein. (See *Marx* v. *Brogan*, 188 N. Y. 431.) All concurred.

Ellen Carroll, Plaintiff, v. Jay W. Fowler, as Administrator, etc., Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Edward Tracy Scovill and Another, as Executors, etc., of John Hyland, Deceased. Margaret E. Clark, Claimant, Respondent v. The Estate of John Hyland,